IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL SAMUELS,

        Plaintiff,                    No. CIV S-09-3217 GGH P

    vs.

LYNNE THORNBURG, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On January 13, 2010, plaintiff filed an unsigned amended complaint. This civil rights action was closed on January 8, 2010. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: January 21, 2010

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

sam3217.58

1