IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL SAMUELS,

      Plaintiff,                        No. CIV S-09-3217 GGH P

    vs.

LYNNE THORNBURG, et al.,

      Defendants.                 <u>ORDER</u>

_____/

       Plaintiff has filed a request for reconsideration of the January 8, 2010, order dismissing his complaint for failing to state a colorable claim. Named as defendants were San Bernardino County Probation Officer Thornburg, the California Department of Corrections and Rehabilitation, California Correctional Institution and California State Prison-Sacramento. Plaintiff alleged that defendant Thornburg prepared a report falsely stating that plaintiff was a member of the Crip gang.

       The court construed plaintiff's complaint as having been brought pursuant to 42 U.S.C. § 1983 and found that it failed to state colorable claims for relief against the defendants. In the request for reconsideration, plaintiff alleges that he brought his action pursuant to 5 U.S.C. § 552, the Privacy Act.

/////

1

| | |
|---|---|
| 1 | The Privacy Act only applies to federal agencies, not state or local agencies and |
| 2 | not individuals. See <u>Dittman v. California</u>, 191 F.3d 1020, 1026 (9th Cir. 1999). For that reason, |
| 3 | plaintiff's Privacy Act claims against the defendants named in the complaint are not legally |
| 4 | cognizable. |
| 5 | In the motion for reconsideration, plaintiff also argues that he made state law |
| 6 | claims. Under 28 U.S.C. § 1367(c)(3), the court may decline to exercise supplemental |
| 7 | jurisdiction over state law claims if "the district court has dismissed all claims over which it has |
| 8 | original jurisdiction." Because plaintiff has stated no colorable federal claims, the court declined |
| 9 | to exercise jurisdiction over his state law claims. |
| 10 | For the reasons discussed above, plaintiff's motion for reconsideration is without |
| 11 | merit. |
| 12 | Accordingly, IT IS HEREBY ORDERED that plaintiff's January 20, 2010, |
| 13 | motion for reconsideration (no. 10) is denied. |
| 14 | DATED: February 1, 2010 |

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sam3217.req